# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Betty McCants

                Plaintiff,

v.                                  Case No.: 1:20–cv–02544
                                        Honorable Franklin U. Valderrama

ATT Mobility, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 4, 2020:

      MINUTE entry before the Honorable Franklin U. Valderrama: On plaintiff's Notice of Dismissal [27] and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is dismissed with prejudice, with each party to bear their own attorneys' fees and costs. Defendant's motion to dismiss [17] is terminated and telephonic hearing set for 11/10/2020 is stricken. Civil case terminated. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.